IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WHITE, individually, and on behalf of all other similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION,<br><br>  Defendant._____/ | No. C 06-03861 WHA<br><br>**ORDER DENYING STIPULATION TO MODIFY CASE MANAGEMENT ORDER** |

Good cause not shown, parties' stipulation to extend the deadline for filing a motion for class certification is **DENIED**. All dates in the case management scheduling order remain in place.

**IT IS SO ORDERED.**

Dated: February 7, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE