1  Scott Edward Cole, Esq. (S.B. #160744)
   Clyde H. Charlton, Esq. (S.B. #127541)
2  Matthew R. Bainer, Esq. (S.B. #220972)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Suite 950
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile:  (510) 891-7030
5  web:  www.scalaw.com

6  Attorneys for Representative Plaintiff
   and the Plaintiff Class
7

8                  UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 STEVE WHITE individually, and on        ) Case No.: C 06-03861 WHA
   behalf of all others similarly situated, )
12                                          ) **CLASS ACTION**
                   Plaintiff,               )
13 vs.                                      ) [PROPOSED] ORDER RE: FILING
                                            ) MATTHEW R. BAINER'S DECLARATION
14 STARBUCKS CORPORATION                    ) IN SUPPORT OF PLAINTIFF'S MOTION
                                            ) FOR CLASS CERTIFICATION UNDER
15                 Defendants.              ) SEAL
                                            )
16

(stamp: RECEIVED FEB 23 AM 9:51 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

- 1 -
[Proposed] Order Re: Filing Declaration of Matthew R. Bainer Under Seal

1  Given the Joint Stipulation of the parties for protection of confidential and highly
2  confidential material, so ordered by the court on December 8, 2006, and attached hereto as Exhibit
3  "A," Matthew R. Bainer's Declaration in Support of Plaintiff's Motion for Class Certification should
4  be filed under seal by the court.
5  Upon stipulation of the parties hereto, and good cause appearing therefor,

6

7  **IT IS HEREBY ORDERED** that:
8  Matthew R. Bainer's Declaration in Support of Plaintiff's Motion for Class Certification
9  shall be filed under seal.

10

11  Dated: Feb. 23, 2007

12  By: _____
13  William H. Alsup
    United States District Judge

[Proposed] Order Re: Filing Declaration of Matthew R. Bainer Under Seal